IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| **BRENDA S. MIMBS,** )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>**CAROLYN W. COLVIN, Acting** )<br>**Commissioner of Social Security,** )<br>)<br>Defendant. )<br>) | CIVIL ACTION NO. 5:14-CV-177 (MTT) |

## ORDER

Before the Court is the Recommendation of Magistrate Judge Charles H. Weigle to remand the Plaintiff's case to the Commissioner pursuant to "sentence four" of 42 U.S.C. § 405(g). (Doc. 17). The Commissioner has not objected to the Recommendation. The Court has reviewed the Recommendation, and the Court accepts and adopts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's case is **REMANDED** pursuant to "sentence four" of 42 U.S.C. § 405(g).

**SO ORDERED**, this 19th day of May, 2015.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT