IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| BRENDA S. MIMBS, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> ) <br> CAROLYN W. COLVIN, Acting ) <br> Commissioner of Social Security, ) <br> ) <br> Defendant. ) <br> ) | CIVIL ACTION NO. 5:14-CV-177 (MTT) |

## ORDER

United States Magistrate Judge Charles H. Weigle recommends that the Plaintiff's Motion for Attorney's Fees (Doc. 20) be granted in the amount of $3,700.00. Doc. 25. The parties have not objected to the Recommendation. The Court has reviewed the Recommendation and accepts the findings, conclusions, and recommendations of the Magistrate Judge. The Recommendation is **ADOPTED** and made the order of this Court. Accordingly, the Plaintiff's Motion for Attorney's Fees is **GRANTED** in the amount of $3,700.00.

**SO ORDERED**, this 16th day of March, 2018.

S/ Marc T. Treadwell
MARC T. TREADWELL
UNITED STATES DISTRICT COURT